AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

MICHAEL B. LOWE; and ALICIA LOWE,

        Plaintiffs,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:25-cv-171

DAVID J. PRICE; BUILDING MATERIALS MANUFACTURING CORPORATION; and GAF MATERIALS, LLC,

        Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's December 1, 2025 Order granting Plaintiffs' motion to remand, this case is remanded to the State Court of Chatham County, Georgia. This case stands closed.

12/1/2025
Date

John E. Triplett, Clerk of Court
Clerk

*(signature)*
(By) Deputy Clerk

GAS Rev 10/2020